1  GI NAM LEE (State Bar No. 204561)
   Ginam.lee@TrustableLaw.com
2  TRUSTABLE LAW PC
   8350 Wilshire Blvd., #210
3  Beverly Hills, CA  90211
   Telephone:  (323) 879-9300
4  Attorney for Plaintiff Stana Marko

5  ASHLEY N. PHAM (SBN 318476)
6  Apham@Fisherphillips.com
   FISHER & PHILLIPS LLP
7  2050 Main Street, Suite 1000
8  Irvine, California 92614
   Telephone: (949) 851-2424
9  Attorneys For Defendants
10 Thales Usa, Inc. And Joanne Price

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANA MARKO, an individual,<br><br>           Plaintiff,<br><br>   vs.<br><br>THALES USA, INC., a corporation; JOANNE PRICE, an individual; and DOES 1 through 100, inclusive,<br><br>           Defendants. | Case No. 8:24-cv-02155-AH-KESx<br><br>*[REMOVED FROM ORANGE COUNTY SUPERIOR COURT CASE NO. 30-2020-0148658-CU-CJC]*<br><br>**ORDER  [16][JS-6]**<br><br>udge:  Hon. Anne Hwang |

## [ORDER

[ORDER

1

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated: OCTOBER 22, 2005      By: *Anne Hwang*

Hon. Anne Hwang
United States District Judge

TRUSTABLE LAW PC
8350 WILSHIRE BLVD., SUITE 210
BEVERLY HILLS, CA 90211
ADMIN@TRUSTABLELAW.COM

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Trustable Law PC and my business address is 8350 Wilshire Blvd., Suite 210, Beverly Hills, California 90211. My electronic service address is ginam.lee@trustablelaw.com

On October 21, 2025, I electronically served the foregoing document entitled

**[PROPOSED] ORDER**

on behalf of all the appearing and/or interested parties in this action by placing the original a true copy thereof as follows:

> SWALDRON@FISHERPHILLIPS.COM
> ASHLEY N. PHAM (SBN 318476)
> APHAM@FISHERPHILLIPS.COM
> FISHER & PHILLIPS LLP
> 2050 MAIN STREET, SUITE 1000
> IRVINE, CALIFORNIA 92614
> TELEPHONE: (949) 851-2424
> FACSIMILE: (949) 851-0152
> ATTORNEYS FOR DEFENDANTS
> THALES USA, INC. AND JOANNE PRICE

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAW OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED OCTOBER 21, 2025, AT BEVERLY HILLS, CALIFORNIA.

BY: ___/S/ H. MARY SHIN

TRUSTABLE LAW PC
8350 WILSHIRE BLVD., SUITE 210
BEVERLY HILLS, CA 90211
ADMIN@TRUSTABLELAW.COM